UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION VALLEY FORD TRUCK SALES,<br><br>          Plaintiff,<br><br>  v.<br><br>TERADYNE, INC., et al.,<br><br>          Defendants.<br>_____/ | No. C  05-3036 WDB<br><br>ORDER REQUESTING DECISION REGARDING CONSENT OR REASSIGNMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

      This case was randomly assigned at filing to the undersigned United States Magistrate Judge.  Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense.  On August 31, 2005, defendants filed a motion for summary judgment or, in the alternative, for transfer of venue.  In light of defendants' pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and e-file the consent or request for reassignment **by no later than September 23, 2005.**

Dated: 9-6-05

                                                            /s/  Wayne D. Brazil
                                                            WAYNE D. BRAZIL
                                                             United States Magistrate Judge

Copies to:
All parties, WDB