IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MISSION VALLEY FORD TRUCK,

    Plaintiff,

v.

TERADYNE, INC.,

    Defendant.

No. C 05-03036 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on January 6, 2006 on Teradyne, Inc.'s and Genrad, Inc.'s Motion for Summary Judgment or, in the alternative, for a transfer of venue.

    The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on Friday, October 21, 2005 and Defendants' reply brief shall be due on Friday, October 28, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 6, 2005

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE