1  William S. Berland (SBN: 043879)
   FERGUSON & BERLAND
2  1816 Fifth Street
   Berkeley, California 94710
3  Telephone: (510) 548-9005
4  Facsimile: (510) 548-3143
   E-mail: bill@fergusonberland.com
5
   Sarah Chapin Columbia
6  (Mass Bar No.: 550155) *pro hac vice* Carlos
   Perez-Albuerne
7  (Mass Bar No.: 640446) *pro hac vice* CHOATE
   HALL & STEWART LLP
8  Two International Place
   Boston, Massachusetts 02110
9  Telephone: (617) 248-5000
   Facsimile: (617) 248-4000
10 E-mail: scolumbia@choate.com
   E-mail: cperez-albuerne@choate.com
11
   Attorneys For:
12 Defendants Teradyne, Inc. and GenRad, Inc.

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16
17 MISSION VALLEY FORD TRUCK
   SALES, INC., a California corporation,    Case No. C 05-3036-WDB
18
        Plaintiff,                           **[PROPOSED]** ORDER RE DEFENDANTS'
19                                           UNOPPOSED MOTION FOR EXTENSION
        vs.                                  OF TIME TO FILE REPLY BRIEF
20
   TERADYNE, INC., a Massachusetts
21 corporation, and GENRAD, INC., a
   Massachusetts corporation,
22
        Defendants.
23

24      The Court, having considered the Defendants' Unopposed Motion for Extension of Time
25 to File Reply Brief, and good cause appearing,
26      The Court HEREBY ORDERS that defendants' reply brief shall be due Friday,
27 November 11, 2005.
28      **IT IS SO ORDERED.**

-1-

ORDER RE BRIEFING SCHEDULE

DATED: November 7, 2005

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4007134v1

ORDER RE BRIEFING SCHEDULE