William S. Berland (SBN: 043879)
FERGUSON & BERLAND
1816 Fifth Street
Berkeley, California 94710
Telephone: (510) 548-9005
Facsimile: (510) 548-3143
E-mail: bill@fergusonberland.com

Sarah Chapin Columbia
(Mass Bar No.: 550155) *pro hac vice*
Carlos Perez-Albuerne
(Mass Bar No.: 640446) *pro hac vice*
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
E-mail: scolumbia@choate.com
E-mail: cperez@choate.com

Attorneys For:
Defendants Teradyne, Inc. and GenRad, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION VALLEY FORD TRUCK SALES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TERADYNE, INC., a Massachusetts corporation, and GENRAD, INC., a Massachusetts corporation,<br><br>Defendants. | Case No. C 05-3036-JSW<br><br>**[PROPOSED] ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME REGARDING DEADLINES FOR SUBMISSION OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

The Court, having considered the parties' Stipulated Request For Order Changing Time Regarding Deadlines For Submission of Evidence In Support of Defendants' Motion to Transfer, and good cause appearing,

HEREBY ORDERS that the deadlines set forth in its January 6, 2006 Civil Minute Order

-1-

FERGUSON & BERLAND
A PROFESSIONAL CORPORATION
1816 FIFTH STREET
BERKELEY, CA 94710
TELEPHONE (510) 548-9005
FACSIMILE (510) 548-3143

Order Re: Stipulated Request For Order Changing Time
Regarding Deadlines for Submission of Evidence

1  be extended as follows:

2      Defendants' evidence in support of Motion to Transfer:  1/20/06

3      Plaintiff's opposition/non-opposition:  1/24/06

4

5  **IT IS SO ORDERED.**

6

7  DATED:  JANUARY 19, 2006        _____
                                    JEFFREY S. WHITE
8                                   UNITED STATES DISTRICT JUDGE

9

10  4032685 v.1

Order Re: Stipulated Request For Order Changing Time
Regarding Deadlines for Submission of Evidence