| | |
|---|---|
| 1 | ROBERT P. ANDRIS (SBN 130290) |
| | LAEL D. ANDARA (SBN 215416) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street |
| 3 | Redwood City, CA 94063 |
| | Telephone: (650) 364-8200 |
| 4 | Facsimile: (650) 780-1701 |
| | Email: randris@ropers.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | MISSION VALLEY FORD TRUCK SALES, INC., |
| | a California corporation |
| 7 | |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MISSION VALLEY FORD TRUCK SALES, INC., a California corporation, | | CASE NO. C 05-3036 JSW |
| | Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING DEADLINES FOR SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION TO TRANSFER** |
| v. | | |
| TERADYNE, INC, a Massachusetts corporation, and GENRAD, INC., a Massachusetts corporation, | | |
| | Defendants. | |

Plaintiff Mission Valley Ford Truck Sales, Inc. and defendants Teradyne, Inc. and GenRad, Inc., through their counsel, hereby jointly move to extend the deadlines for parties' supplemental briefing on defendants' motion to transfer.

On January 1, 2006, defendants' Motion for Summary Judgment or, in the alternative, for a Transfer of Venue was heard before this Court. Pursuant to the Court's order of January 6, 2006, the parties were to conduct limited discovery and submit supplemental briefs. After extensive discussions, the parties have agreed in principal to settle the Michigan and California actions - subject to negotiation and execution of a mutually acceptable settlement agreement. Due to these settlement negotiations, the depositions were taken off calendar and not completed.

Relative to its rulings, the Court set out the following schedule in its Civil Minute Order:

Plaintiff's Supplemental Brief due: May 15, 2006

RC1/402772.1/LB4

STIP REQ AND [PROPOSED] ORDER
CHANGING DEADLINES FOR SUPP BRIEFING
ON DEFTS' MOT TO TRANSFER C05-3036 JSW

| | | |
|---|---|---|
| 1 | Defendant's Response due: | May 30, 2006 |

2   The parties stipulate that there is good cause for the allowance of an extension of forty-five (45) days to either finalize the settlement agreement or to complete the depositions of defendants in support of the supplemental briefing schedule, as counsel had previously agreed. The parties have been working diligently to finalize a settlement agreement but have been restricted due to the fact that some of the parties are located outside the United States. The parties are hopeful that a final settlement will be reached within the forty-five day extension (45), but request that if a settlement is unsuccessful, that these deadlines be extended six weeks as follows:

    Plaintiff's Supplemental Brief due:    June 28, 2006

    Defendant's Response due:    July 12, 2006

For these reasons, the parties respectfully request that the Court grant this stipulated request for an order changing deadlines.

Dated: May 11, 2006

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Lael Andara
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Plaintiff
MISSION VALLEY FORD TRUCK
SALES, INC., a California corporation

Dated: May 11, 2006

Respectfully submitted,

CHOATE HALL & STEWART LLP

By: /s/
CARLOS PEREZ-ALBUERNE
Attorneys For Defendants
TERADYNE, INC. and GENRAD, INC

RC1/4027721/LB4      - 3 -      STIP REQ AND [PROPOSED] ORDER CHANGING DEADLINES FOR SUPP BRIEFING ON DEFTS' MOT TO TRANSFER C05-3036 JSW

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

## ORDER

IT IS HEREBY ORDERED that the deadlines set forth in its January 6, 2006 Civil Minute Order, be extended as follows:

Plaintiff's Supplemental Brief due:   June 28, 2006

Defendants' Response due:   July 12, 2006

IT IS SO ORDERED:

DATED: May 12, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

4080493v1