IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MISSION VALLEY FORD TRUCK SALES, INC.,

    Plaintiff,

v.

TERADYNE, INC. and GENRAD, INC.,

    Defendants.

No. C 05-03036 JSW

**ORDER REQUIRING STATUS REPORT**

On May 12, 2006, this Court extended certain deadlines in this case to facilitate a possible settlement between the parties. There have been no further filings in this case and the extended deadline for Plaintiff's supplemental briefing has passed.

Accordingly, the parties are HEREBY ORDERED to submit a joint status report by July 17, 2006 advising the Court as to the status of this matter.

**IT IS SO ORDERED.**

Dated: July 6, 2006

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE