ROBERT P. ANDRIS (SBN 130290)
LAEL D. ANDARA (SBN 215416)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email: randris@ropers.com
       landara@ropers.com

Attorneys for Plaintiff
MISSION VALLEY FORD TRUCK SALES, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION VALLEY FORD TRUCK SALES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> TERADYNE, INC, a Massachusetts corporation, and GENRAD, INC., a Massachusetts corporation, <br><br> Defendants. | CASE NO. C 05-3036 JSW <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire action be dismissed with *prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own costs and fees.

Dated: July 13, 2006               ROPERS, MAJESKI, KOHN & BENTLEY

                                   By: /s/ Lael Andara
                                   ROBERT P. ANDRIS
                                   LAEL D. ANDARA
                                   Attorneys for Plaintiff
                                   MISSION VALLEY FORD TRUCK
                                   SALES, INC., a California corporation

///

///

///

RC1/408008.1/LD                    STIPULATION OF DISMISSAL AND
                                   [PROPOSED] ORDER - C05-3036 JSW

| | |
|---|---|
| Dated: July 13, 2006 | CHOATE HALL & STEWART LLP |
| | By: _____ |
| | SARAH CHAPIN COLUMBIA |
| | CARLOS PEREZ-ALBUERNE |
| | Attorneys For Defendants |
| | TERADYNE, INC. and GENRAD, INC |

**ORDER**

IT IS SO ORDERED.

DATED: __July 17, 2006__

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE